IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

GREGORY LEE, AIS # 184070,          :

    Plaintiff,                      :

vs.                                 :   CIVIL ACTION 09-00366-CB-M

Shirely Smith, *et al.*,            :

    Defendants.                     :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.  It is ORDERED that Plaintiff's Complaint be and is hereby DISMISSED without prejudice.

    DONE this 17th day of August, 2009.

                                       **s/*Charles R. Butler, Jr.***
                                       **Senior United States District Judge**